NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NEW MILFORD BOARD OF EDUCATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 09-328 (JLL) |
| v. | ) ) | **O R D E R** |
| C.R. o/b/o T.R., | ) ) | |
| Defendants. | ) ) ) | |

**LINARES**, District Judge.

This matter comes before the Court on the cross-motions for summary judgment

[CM/ECF #16 & 17] by Plaintiff New Milford Board of Education and Defendants C.R. and T.R.

("Defendants"). No oral argument was heard. Fed. R. Civ. P. 78. For the reasons set forth in the

accompanying Opinion,

IT IS on this 21ˢᵗ day of June, 2010,

**ORDERED** that Plaintiff's motion for summary judgment [CM/ECF #16] is DENIED;

and it is further

**ORDERED** that Defendants' motion for summary judgment [CM/ECF #17] is

GRANTED except to the extent it requests the award of attorney's fees; and it is further

**ORDERED** that Defendants' motion for attorney's fees is denied without prejudice, and

that Defendants may re-file for same with corrected affidavits and records.

Jose L. Linares
United States District Judge